UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Wentworth-Douglass Hospital</u>

    v.                                        Civil No. 10-cv-120-SM

<u>Young & Novis Professional
Association, et al</u>


**O R D E R**


    Plaintiff filed an "Emergency Motion for Preliminary Hearing" on March 29, 2010, and seeks an expedited hearing this week. The motion was referred to me for a Report and Recommendation by Chief Judge McAuliffe on March 30th. An evidentiary hearing will be held on Monday, April 5, 2010, at 9:00 a.m. Plaintiff's counsel is ordered to serve a copy of this Order and the Motion on defendants and their attorneys (Charles Grau, Esq., and Gregory Worth, Esq.). Service of the Order and Motion may be made by email.

    SO ORDERED.

                                            _____
                                            James R. Muirhead
                                            United States Magistrate Judge

Date: March 31, 2010

cc:    William E. Christie, Esq.